UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RAYNEL DORROUGH,

Plaintiff,

v.

RON BROOMFIELD,

Defendant.

Case No. 20-cv-06084-VKD

**ORDER OF TRANSFER**

Petitioner Raynel Dorrough, a state prisoner currently confined at San Quentin State Prison, filed a petition for writ of habeas corpus, challenging the lawfulness of his state conviction. Dkt. No. 1.

While venue for a habeas action is proper in either the district of confinement or the district of conviction, the district court in which the petition is filed may exercise its discretion to transfer the action to the district of conviction. 28 U.S.C. § 2241(d). Here, Mr. Dorrough challenges his conviction by a state court located in Los Angeles County (Dkt. No. 1 at 1), which lies within the Western Division of the Central District of California. *See* 28 U.S.C. § 84(c)(2). This District has adopted a local rule limiting venue for habeas actions challenging the lawfulness of a state conviction to those out of counties located in the Northern District of California. *See* Habeas L.R. 2254-3(a)(1); 28 U.S.C. § 84(a). Accordingly, in the exercise of its discretion, and in the furtherance of justice, the Court finds that this case should be transferred to the U.S. District Court for the Central District of California, Western Division. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the

Western Division of the Central District of California.

**IT IS SO ORDERED.**

Dated: September 9, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge